FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TREMAINE CARROLL, | No. CV 03-09002-SJO (VBK) |
| Petitioner, | ORDER ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the First Amended Petition for Writ of Habeas Corpus ("Petition"), Respondent's Answer, Petitioner's Traverse, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

//
//
//
//
//
//
//

1  **IT IS ORDERED** that: (1) the Court accepts and adopts the Report
2  and Recommendation, (2) Petitioner's First Amended Petition is denied;
3  and (3) the action is dismissed with prejudice.

5  DATED: 2/1/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE