FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TREMAINE D. CARROLL, | ) | No. CV 03-09002-SJO (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. A. LAMARQUE, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: 2/1/08

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE